**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION**

**HERMAN LEE SMITH,**

**Plaintiff,**

**v.** **Case No. 5:26-cv-170-AW-MJF**

**B. DURDEN,**

**Defendant.**

______________________________/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having carefully considered the matter, I now adopt the report and recommendation (ECF No. 9) and incorporate it into this order. Plaintiff, who has not objected to the report and recommendation, is a three-striker who has not paid the filing fee or alleged that he is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Accordingly, dismissal is appropriate.

The clerk will enter a judgment that says, "This case is dismissed without prejudice." The clerk will then close the file.

SO ORDERED on November 5, 2026.

s/ *Allen Winsor*
Chief United States District Judge